# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES | : |
| | : |
| v. | : CRIM. NO. 19-421 (SDW) |
| | : |
| RAMI ZUBIDAT | : |
| | : |

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING FOR FELONY PLEAS AND/OR SENTENCINGS

In accordance with Standing Order 2020-06, this Court finds:

__X__ That the Defendant has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

__X__ That the proceeding(s) to be held today cannot be further delayed without serious harm to the interests of justice, for the following specific reasons:

> at sentencing the defendant will seek a time-served sentence and a delay in his sentencing in order to conduct an in-court sentencing proceeding will be contrary to the defendant's interest.

Accordingly, the proceeding(s) held on this date may be conducted by:

__X__ Video Teleconferencing

____ Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

> ____ The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

> ____ Other:

Date: August 11, 2020

*s/Susan D. Wigenton*
Hon. Susan D. Wigenton
United States District Judge